**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| JOHN HACHEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>　　　　Defendant | Case No.: 1:19-cv-00363-GZS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiff JOHN HACHEY ("Plaintiff"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntariliy dismisses the above captioned action, WITH PREJUDICE, against the Defendant.

Dated: October 8, 2019

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　By: /s/ Daniel Ruggiero
　　　　　　　　　　　　　　　　　　　　Daniel Ruggiero
　　　　　　　　　　　　　　　　　　　　The Law Office of Daniel Ruggiero
　　　　　　　　　　　　　　　　　　　　Daniel Goldsmith Ruggiero
　　　　　　　　　　　　　　　　　　　　275 Grove St., Suite 2-400
　　　　　　　　　　　　　　　　　　　　Newton, MA, 02466
　　　　　　　　　　　　　　　　　　　　P: (339) 237-0343
　　　　　　　　　　　　　　　　　　　　E: DRuggieroEsq@gmail.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　JOHN HACHEY

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, a true and correct copy of the foregoing

NOTICE OF VOLUNTARY DISMISSAL was served via U.S. mail on the following:

Diversified Consultants, Inc.
10550 Deerwood Park Blvd., Suite 309
Jacksonville, FL 32256

By: /s/ Daniel Ruggiero<br>
Daniel Ruggiero<br>
The Law Office of Daniel Ruggiero<br>
Daniel Goldsmith Ruggiero<br>
275 Grove St., Suite 2-400<br>
Newton, MA, 02466<br>
P: (339) 237-0343<br>
E: DRuggieroEsq@gmail.com<br>
Attorney for Plaintiff,<br>
JOHN HACHEY